SAMUEL BUCHFUHRER, Landlord, Respondent, *v.* AARON TANTLEFF, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, January 10, 1952.

*Milton M. Tantleff* for appellant.

*Kermit Royce* for respondent.

*John V. Browne* and *Robert H. Schaffer* for State Rent Administrator, *amicus curiæ*.

*Per Curiam.* Tenant's installation of the television antenna without landlord's permission constituted a violation of a covenant of the lease. This covenant was projected into the statutory tenancy under which tenant presently occupies the apartment. The violation, however, is not so substantial as to warrant tenant's eviction from the apartment (*Matter of Park East Land Corp* v. *Finkelstein,* 299 N. Y. 70). Landlord has other remedies, less drastic but fully adequate to compel the tenant to remove the aerial.

The final order should be unanimously reversed on the law, with $30 costs to tenant, and petition dismissed, with appropriate costs in the court below. This is without prejudice to any other action or proceeding landlord may be advised to institute to compel the tenant to remove the television aerial.

FENNELLY, COLDEN and BELDOCK, JJ., concur.

Final order reversed, etc.